

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 19, 2025

**BY ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

      Re:    *Helen Sarahi Funes Gamez v. LaDeon Francis, et al.*,
            No. 25 Civ. 7429 (PAE)

Dear Judge Engelmayer:

      This Office represents the respondents (the "Government") in this habeas petition seeking release of Petitioner from detention by U.S. Immigration and Customs Enforcement ("ICE"). We write respectfully to request an adjournment of the hearing date from September 24, 2025, to a different date that is convenient to the Court because the hearing date conflicts with the Jewish holiday of Rosh HaShannah, which I realized belatedly. I will be out of the Office from late afternoon Monday through Wednesday of next week in observance of the holiday, and thus unable to attend the September 24 hearing. Petitioner consents to this request.

      I am available for the hearing on Thursday, September 25 before 1pm and anytime Friday, September 26. The following week, I am available any day except from the afternoon of October 1 through October 2 in observance of Yom Kippur. Petitioner's counsel has advised that they are available on Friday, September 26 after 2pm, or anytime on Monday, September 29 or Tuesday, September 30.

      I also write to raise to the Court's attention that Petitioner today notified the Government that they intend to seek an order from the Court requiring the Government to produce the Petitioner in Court on the day of the hearing. The Government offered to make Petitioner available by videoconference or telephone, as it has done in other habeas corpus matters, but the Petitioner has rejected this request. To the extent that Petitioner files a motion seeking this relief, the Government respectfully requests an opportunity to respond, including by securing and submitting a declaration addressing the logistical and other considerations of Petitioner's request.

Page 2

We thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Lawrence H. Fogelman
LAWRENCE H. FOGELMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2719
Email: lawrence.fogelman@usdoj.gov

cc: Counsel of Record (by ECF)

GRANTED.  The  hearing is rescheduled to
September 29, 2025 at 9:30 a.m.  The
location of the hearing remains the same.
*See* Dkt. 13.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: September 19, 2025
New York, New York