**Perkins Coie**

Perkins Coie LLP
1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T. +1.212.262.6900
F. +1.212.977.1649
perkinscoie.com

September 22, 2025

Matthew J. Moffa
MMoffa@perkinscoie.com
D. +1.212.261.6857
F. +1.212.399.8057

**VIA ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

> Re:  *Helen Sarahi Funes Gamez v. LaDeon Francis, et al.*, Case No. 25 Civ. 7429 (PAE)
> **Letter Motion to Seal**

Dear Judge Engelmayer:

Perkins Coie represents petitioner Helen Sarahi Funes Gamez in the captioned habeas petition.

We respectfully ask the Court, pursuant to Your Honor's Individual Practice 4(B), to allow Plaintiff to file the enclosed declaration (the September 22, 2025 Declaration of Helen Sarahi Funes Gamez) under seal, and to place the enclosed redacted copy on the case docket. All proposed redactions have been highlighted in the unredacted copy.

Courts may exercise "discretion in determining whether good cause exists to overcome the presumption of open access to documents filed . . . ." Geller v. Branic Int'l Realty Corp., 212 F.3d 734, 738 (2d Cir. 2000). Here, Petitioner includes in her declaration additional details to demonstrate the meritorious basis for her claim of reasonable fear of persecution if removed to Honduras. Good cause exists to redact this single paragraph of her declaration to protect herself and her family from retribution.

While Petitioner provides this description in support of her habeas claim in an abundance of caution, Petitioner anticipates that the Court will rule on her petition and application without reaching the merits of her reasonable fear claim. Nevertheless, should the Court decide to discuss the reasonable fear claim in its Order on her petition and application, Petitioner respectfully requests that the Court omit public disclosure of the details redacted therefrom.

Sincerely,

Perkins Coie LLP

/s/ Matthew J. Moffa

Matthew J. Moffa
Partner

GRANTED:

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Date: September 24, 2025
New York, New York