UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELEN SARAHI FUNES GAMEZ,

                              Petitioner,

        -v-

LaDeon FRANCIS, in his official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; Kristi NOEM in her official capacity as Secretary of Homeland Security; Pam Bondi, in her official capacity as Attorney General of the United States,

                              Respondents.

25 Civ. 7429 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received Petitioner's motion to compel her in-person presence at the upcoming hearing. Dkt. 24. Per the Government's request, *see* Dkt. 21, the Court invites the Government's response, which is due September 30, 2025. The Court does not invite a reply. The Court reschedules the hearing for October 6, 2025 at 3 p.m. in courtroom 1305 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

Dated: September 25, 2025
       New York, New York

                                        SO ORDERED.

                                        *Paul A. Engelmayer*
                                        _____
                                        PAUL A. ENGELMAYER
                                        United States District Judge

1