UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELEN SARAHI FUNES GAMEZ,

                        Petitioner,

        -v-

LADEON FRANCIS et al.,

                        Respondents.

25 Civ. 7429 (PAE)

ORDER

---

PAUL A. ENGELMAYER, United States District Judge:

    A hearing is presently scheduled for Monday, October 6, 2025, at 3 p.m., on the application by petitioner Helen Sarahi Funes Gamez for a temporary restraining order and preliminary injunction. Dkt. 32. Upon consideration of the parties' submissions, including on petitioner's motion to compel her in-person presence at the hearing, *see* Dkt. 24, and the Government's response, Dkts. 33–34, the Court orders the following:

    1.    The Court reschedules the hearing for **Friday, October 10, 2025, at 9:30 a.m.** The Court does so based on its determination that the hearing is to include live testimony, including, the Court expects, of petitioner. The adjournment will enable counsel to prepare for the hearing, and for petitioner to be transported to the New York City area giving sufficient time thereafter for her to meaningfully participate in the proceedings.

    2.    At the hearing, the Court, after colloquy from counsel, will receive testimony. Petitioner will call its witness(es) first. The Government will then call its witness(es). Each side will have the opportunity to cross-examine the others' witness(es). The Court expects counsel to focus the testimony on whether petitioner's rights were violated when she was taken into custody

1

on September 8, 2025, as opposed to on other injunctive factors. Following the testimony, the Court will hear argument from counsel on petitioner's application.

3.  Respondents shall facilitate petitioner's physical presence at the hearing. Petitioner's physical presence is necessary for the Court to evaluate her live testimony, will enable her counsel to ably represent her in preparation for, and at, the hearing, and accords with 28 U.S.C. § 2243. In *Ozturk v. Hyde*, the Second Circuit held that, where a habeas petitioner has been transferred out of the district that has jurisdiction over her petition, the court may order her returned to the district to "provide her ready access to legal . . . services," "address concerns about the conditions of her confinement," "expedite resolution of [the] matter," and to ensure her "ability to participate meaningfully in her habeas proceedings." 136 F.4th 382, 402 (2d Cir. 2025). Those circumstances are present here. Respondents acknowledge that this district has jurisdiction over petitioner's person, *see* Dkt. 18, at 22.

4.  Accordingly, respondents are hereby ordered to transfer petitioner to the Southern District of New York forthwith, and to assure her arrival in the District by Tuesday, October 7, 2025. Respondents are further ordered to arrange for her meeting with counsel—in a private setting suitable for confidential attorney-client communications—for at least six hours on each of Wednesday, October 8, 2025, and Thursday, October 9, 2025. Respondents are further ordered to produce petitioner to appear before this court at the hearing scheduled for October 10, 2025, at 9:30 a.m. in courtroom 1305 of the Thurgood Marshall United States Courthouse, New York, New York 10007. *See* 28 U.S.C. § 2243 ("[T]he person to whom the writ is directed shall be required to produce at the hearing the body of the person detained."); *See Ozturk*, 136 F.4th at 402–03. Respondents are further ordered forthwith upon petitioner's arrival in the District to file a letter on the docket of this case stating the date and time of petitioner's arrival, and setting forth

with the specificity the location and time at which petitioner will be made available to meet with her counsel. The Court expects to counsel to confer forthwith to assure that there is clarity as to the logistics of these meetings.

5. The Court directs each side, by 5 p.m. on Thursday, October 9, 2025, to file a letter on the docket of this case identifying the witness(es) it intends to call, briefly synopsizing the anticipated testimony of each witness, and identifying the exhibits it intends to offer.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: October 2, 2025
       New York, New York