

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

October 6, 2025

**BY ECF**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007

    Re:    *Helen Sarahi Funes Gamez v. LaDeon Francis, et al.*,
             No. 25 Civ. 7429 (PAE)

Dear Judge Engelmayer:

    This Office represents the respondents (the "Government") in this habeas petition seeking release of Petitioner from detention by U.S. Immigration and Customs Enforcement ("ICE"). We write respectfully in response to the Court's order dated October 2, 2025 (the "Order"), to provide an update on the Government's efforts to transport Petitioner to a facility where she can meet with counsel on October 8-9, and attend the hearing scheduled for October 10, 2025.

    The Government has been in communication with ICE about the Order since the morning of October 3, 2025, and has been endeavoring in good faith to comply with the Order. We note, however, that the Order requiring ICE "to transfer petitioner to the Southern District of New York" (Order ¶ 4) is an impossibility, to the extent the Order requires detention within this District, as there are no detention centers that can accommodate female ICE detainees in this District. As set forth in the Amended Declaration of Supervisory Detention and Deportation Officer Stephen Daniel Allport, dated October 1, 2025, "there are no ICE detention facilities in either the Southern District of New York or the Eastern District of New York that house female ICE detainees." Allport Decl. ¶ 27. We advised Petitioner's counsel of this issue on Friday afternoon and noted that we may need to seek a modification of the Order in that regard.

    A different paragraph of the Order, however, references a transfer of Petitioner to "the New York City area." Order ¶ 1. The Government has identified a facility in Newark, New Jersey that is reasonably close to the Southern District of New York called the Delaney Hall Detention Center, and that facility can house female ICE detainees. ICE has been in touch with personnel from ICE's Enforcement and Removal Operations in an effort to explore whether Petitioner could be held at that facility, but they have been informed that there is no available bed space at present. Other detention facilities would be further away and likely not conducive to meetings with attorneys in the New York metropolitan area or easy transport to the Courthouse on Friday morning.

    We are continuing to work with ICE in an effort to effectuate the transfer as directed by the Court, and will provide a further update to the Court tomorrow.

We thank the Court for its consideration of this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: */s/ Lawrence H. Fogelman*
LAWRENCE H. FOGELMAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Telephone: (212) 637-2719
Email: lawrence.fogelman@usdoj.gov

cc: Counsel of Record (by ECF)


The Court appreciates this update.

_____
PAUL A. ENGELMAYER
United States District Judge

October 7, 2025
New York, New York